```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SILVANA MASRI              :    Chapter 13
                                     :
                                     :
          Debtor                     :    Bankruptcy No. 17-10150ELF
```

O R D E R

AND NOW, this 24th day of January, 2017 upon consideration of the debtor's motion for an extension of time, it is HEREBY **ORDERED** that said motion is **GRANTED**. The debtor shall have an additional fifteen(15) days to comply with the Court's Order and shall file all required documents on or before **February 7,** 2017.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**