United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Silvana Masri
          Debtor

Case No. 17-10150-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Jan 24, 2017
                             Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db            +Silvana Masri,    2825 Poplar Street,    Philadelphia, PA 19130-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 25 2017 01:56:13    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2017 01:55:48
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2017 01:56:11    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                        TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY PERLICK   on behalf of Debtor Silvana  Masri Perlick@verizon.net,   pireland1@verizon.net
                                                                          TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      SILVANA MASRI              :        Chapter 13
                                      :
                                      :
            Debtor                    : Bankruptcy No. 17-10150ELF

O R D E R

AND NOW, this 24th    day of  January    , 2017 upon
consideration of the debtor's motion for an extension of time, it
is HEREBY **ORDERED** that said motion is **GRANTED**.  The debtor shall
have an additional fifteen(15) days to comply with the Court's
Order and shall file all required documents on or before **February
7,** 2017.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**